# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KEVIN DARNELL WINGFIELD,
a minor, by his mother and next friend,
Priscilla Elizabeth Greene

             Plaintiffs,

v.

DISTRICT OF COLUMBIA

             Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 00-cv-121 (RCL)

## [PROPOSED] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia,* No. 00-cv-591, it is hereby

**ORDERED** that Defendant shall pay Plaintiffs, within 30 days of the date of this Order, $2,211.61, an amount which represents the remaining interest owed to Plaintiffs on the capped attorney's fees and costs in this case.

**SO ORDERED.**

Date: ___12/21/21___

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE